PROB 22
(Rev. 2/88)

**CR-09 00980**

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 2:02cr8-MHT |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Bauer | Middle District of Alabama | Northern |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Myron H. Thompson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | In custody | In custody |

**OFFENSE**
Conspiracy to Distribute Methamphetamine, 21 U.S.C. 846 [Count 1]
Possession with Intent to Distribute Methamphetamine, 21 U.S.C. 841(a)(1) [Count 2]

*Filed OCT 0 8 2009 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Alabama__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/16/2007
_Date_           _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/2/09
_Effective Date_           _United States District Judge_